COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Kenneth Ray Robinson v. Office of the Attorney General

Appellate case number:        01-16-00892-CV

Trial court case number:      2016-28744

Trial court:                  308th District Court of Harris County

Appellant, Kenneth Ray Robinson, asserts that he filed a Motion of Inability to Pay Cost in the trial court and requests that he be allowed to proceed in the above-referenced appeal without payment of the costs. The trial court clerk is directed to prepare, certify, and file with this Court, without advance payment of costs, a clerk's record on indigence containing the following documents, if any: motions and affidavit(s) of indigence, contest(s) to the affidavit(s) and motion(s) of indigence, the trial court's signed order(s) extending the time for conducting a hearing on the contest, the trial court's signed order ruling on the motions and affidavit(s) of indigence, and any other documents directly related to the question of appellant's indigence status. *See* TEX. R. APP. P. 20.2, 34.5(c)(1).

The trial court clerk's record on indigence is due to be filed in the First Court of Appeals no later than ten days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                         Acting individually

Date:  January 31, 2017